UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| Emdeon Business Services LLC and Envoy LLC, | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:14-cv-01724 |
| v. | ) ) ) | Judge Sharp |
| Terry Cameron, | ) ) | Magistrate Judge Knowles |
| Defendant. | ) | |

## ORDER

In accordance with Fed. R. Civ. P. 65(b), Plaintiff filed an *Application for Temporary Restraining Order* (Docket Entry No. 14) enjoining Defendant Terry Cameron from "continuing any employment relationship with Recondo Technology, or otherwise violating his contractual obligations with Emdeon, until further order of this Court." A hearing was held on September 3, 2014.

Under Federal Rule of Civil Procedure 65(b), the Court may grant a temporary restraining order if it clearly appears from specific facts shown by testimony, affidavits or a verified complaint that immediate and irreparable injury, loss or damage will result to the applicant. In deciding whether to grant a temporary restraining order, the Court must consider four factors: (1) whether the movant has a strong likelihood of success on the merits; (2) whether the movant would otherwise suffer irreparable injury; (3) whether the order would cause substantial harm to others; and (4) whether the public interest would be served. *See FirstEnergy Solutions Corp. v. Flerick*, 521 Fed.Appx. 521, 525 (6th Cir. 2013).

For the reasons stated in open Court, the motion for Temporary Restraining Order is hereby GRANTED on the terms and conditions stated herein.

It is therefore, ordered, pursuant to Federal Rule of Civil Procedure 65, that Defendant is hereby restrained and enjoined from directly or indirectly managing, operating, controlling, providing services as an employee or contractor, participating in, or being connected in any manner with the management, strategic planning, operation or control of Recondo Technology.

This Temporary Restraining Order shall expire at 4:45 p.m. on the fourteenth day after its issuance. A preliminary injunction hearing is set for September 17, 2014, at 12:30 p.m. This Temporary Restraining Order is effective upon issuance on September 3, 2014, at 4:45 p.m.

Under the circumstances of this case, the bond shall be waived.

It is further ORDERED that any outstanding discovery responses related to the preliminary injunction shall be served by 5 p.m. on September 10, 2014.

It is so **ORDERED**.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE